[No. 2614–2. Division Two. November 30, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
HESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–1950, Terence Hanley, J., entered August
30, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2612–2. Division Two. December 2, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D.
BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 67548, John H. Kirkwood, J., entered
October 22, 1976. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 1877–3. Division Three. December 5, 1977.]

*In the Matter of the Marriage of* BARBRA J. BARR,
*Respondent, and* WENDELL L. BARR,
*Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 65669, Albert N. Bradford, J., entered
January 19, 1976. *Affirmed* by unpublished per curiam
opinion.